IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-415-MOC-DCK

| | |
|---|---|
| ROBIN VINESETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Extension Of Time" (Document No. 8) filed May 6, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Extension Of Time" (Document No. 8) is **GRANTED**. The case deadlines in this matter are revised as follows:

| | |
|---|---|
| Plaintiff's Expert Reports | June 15, 2011; |
| Defendant's Expert Reports | July 15, 2011; |
| Mediation | September 1, 2011; |
| Discovery Completion | October 3, 2011; |
| Dispositive Motions | November 2, 2011; |
| Trial Ready Date | February 6, 2012. |

**SO ORDERED**.

Signed: May 6, 2011

David C. Keesler
United States Magistrate Judge