IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-415-MOC-DCK

| | |
|---|---|
| ROBIN VINESETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Appearance of Counsel Charles A. Gartland II *Pro Hac Vice*" (Document No. 10) filed May 9, 2011. Mr. Gartland seeks to appear as counsel *pro hac vice* for Defendant United Parcel Service, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Gartland is admitted to appear before this court *pro hac vice* on behalf of Defendant United Parcel Service, Inc.

Signed: May 9, 2011

David C. Keesler
United States Magistrate Judge