**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:10-CV-415-MOC-DCK**

| | | |
|---|---|---|
| **ROBIN VINESETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **UNITED PARCEL SERVICE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Appearance of Counsel Leslie E. Wood *Pro Hac Vice*" (Document No. 11) filed May 9, 2011.  Ms. Wood seeks to appear as counsel *pro hac vice* for Defendant United Parcel Service, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Wood is admitted to appear before this court *pro hac vice* on behalf of Defendant United Parcel Service, Inc.

Signed: May 9, 2011

David C. Keesler
United States Magistrate Judge