# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robin J. Vinesett ,

        Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                              3:10-cv-00415-MOC -DCK

United Parcel Service, Inc. ,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/18/2012 Order.

                                              Signed: June 19, 2012

                                              *[signature: Frank G. Johns]*

                                              Frank G. Johns, Clerk
                                              United States District Court